IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBVIE INC., ABBVIE LTD., and )
NEUROCRINE BIOSCIENCES, INC. )
                              )
        Plaintiffs, )
                              )
   v. )
                              )   C.A. No. 22-1423-RGA-JLH
ALKEM LABORATORIES LIMITED, et al., )
                              )
        Defendants. )
                              )

---

ABBVIE INC., )
                              )
        Plaintiff, )
                              )
   v. )
                              )   C.A. No. 23-374-RGA
TEVA PHARMACEUTICALS, INC., )
                              )
        Defendant. )
                              )

---

ABBVIE INC., )
                              )
        Plaintiff, )
                              )
   v. )
                              )   C.A. No. 23-448-RGA
HETERO LABS LIMITED, HETERO LABS )
LIMITED UNIT-V, and HETERO USA INC., )
                              )
        Defendants. )
                              )

ABBVIE INC.,

              Plaintiff,

    v.

PRINSTON PHARMACEUTICAL INC.,
ZHEJIANG HUAHAI PHARMACEUTICAL
CO., LTD., and SOLCO HEALTHCARE US,
LLC,

              Defendants.

)))))))))))))))))))) C.A. No. 23-470-RGA

ABBVIE INC.,

              Plaintiff,

    v.

PRINSTON PHARMACEUTICAL INC.,
ZHEJIANG HUAHAI PHARMACEUTICAL
CO., LTD., and SOLCO HEALTHCARE US,
LLC,

              Defendants.

C.A. No. 23-607-RGA

ABBVIE INC.,

              Plaintiff,

    v.

SUN PHARMACEUTICAL INDUSTRIES
LIMITED,

              Defendant.

C.A. No. 23-684-RGA

2

|   |   |
|---|---|
| ABBVIE INC., | ) |
|   | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) |
| v. | ) |
|   | ) C.A. No. 23-750-RGA |
| LUPIN LIMITED and LUPIN | ) |
| PHARMACEUTICALS, INC., | ) |
|   | ) |
| Defendants. | ) |
|   | ) |

### STIPULATION AND [PROPOSED] ORDER CONCERNING AMENDED COMPLAINT AND CONSOLIDATION

WHEREAS, on October 27, 2022, Plaintiffs AbbVie Inc., AbbVie Ltd, and Neurocrine

Biosciences, Inc. (collectively, "Plaintiffs") filed C.A. No. 22-1423-RGA-JLH in this Court in

connection with Abbreviated New Drug Applications in which the defendants in those cases seek

approval to market a generic version of Plaintiffs' ORILISSA® product in the United States prior

to the expiration of U.S. Patent Nos. 7,056,927, 7,716,211, 7,419,983, 10,537,572, 10,682,351,

and/or 11,344,551;

WHEREAS, in April, June, and July 2023, Plaintiff AbbVie Inc. filed the following six

Hatch-Waxman actions in this Court in connection with Abbreviated New Drug Applications in

which the defendants in those cases seek approval to market a generic version of Plaintiffs'

ORILISSA® product in the United States prior to the expiration of U.S. Patent Nos. 10,537,572,

10,682,351, and/or 11,542,239: C.A. Nos. 23-374-RGA, 23-448-RGA, 23-470-RGA, 23-607-

RGA, 23-684-RGA, 23-750-RGA;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(2) and D. Del. LR 15.1, the parties agree

that Plaintiffs may file the Amended Complaint attached hereto as Exhibit 1;

WHEREAS, C.A. Nos. 22-1423-RGA-JLH, 23-374-RGA, 23-448-RGA, 23-470-RGA, 23-607-RGA, 23-684-RGA, 23-750-RGA are related cases involving common questions of law and fact, and the parties agree that interests of efficiency for the parties and the Court will be best served if they are consolidated;

WHEREAS, Plaintiffs and Defendants Alkem Laboratories Limited, Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero USA Inc., Lupin Limited, Lupin Pharmaceuticals, Inc., MSN Laboratories Private Ltd., MSN Life Sciences Pvt. Ltd., MSN Pharmaceuticals Inc., Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare US, LLC, Sandoz Inc., Sun Pharmaceutical Industries Limited, Teva Pharmaceuticals, Inc., Zenara Pharma Private Limited and Biophore India Pharmaceuticals Private Ltd. (collectively, "Defendants") agree to adopt and be bound by the same protective order that has been entered in C.A. No. 22-1423-RGA-JLH (D.I. 101) in C.A. Nos. 23-374-RGA, 23-448-RGA, 23-470-RGA, 23-607-RGA, 23-684-RGA, 23-750-RGA;

WHEREAS, Plaintiffs and Defendants agree to negotiate in good faith a revised schedule that preserves the existing trial date in C.A. No. 22-1423-RGA-JLH; now therefore,

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, subject to the approval of the Court, as follows:

1.      Pursuant to Fed. R. Civ. P. 15(a)(2) and D. Del. LR 15.1, Plaintiffs may file the Amended Complaint attached hereto as Exhibit 1. A version of the Amended Complaint indicating in what respects it differs from the Original Complaint is attached hereto as Exhibit 2.

2.      The Amended Complaint shall be filed as a separate docket entry item upon entry of this stipulation and shall be deemed served upon filing.

3. The following cases shall be consolidated for all purposes: C.A. Nos. 22-1423-RGA-JLH, 23-374-RGA, 23-448-RGA, 23-470-RGA, 23-607-RGA, 23-684-RGA, 23-750-RGA. Hereafter, all papers in the consolidated case shall be filed in C.A. No. 22-1423-RGA-JLH and shall bear the following caption (the "Consolidated Action"):

| | | |
|---|---|---|
| ABBVIE INC., ABBVIE LTD, and NEUROCRINE BIOSCIENCES, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-1423-RGA-JLH CONSOLIDATED |
| ALKEM LABORATORIES LIMITED, et al., | ) ) | |
| Defendants. | ) ) ) | |

4. The parties in the Consolidated Action shall be bound by the Protective Order that is in effect in C.A. No. 22-1423-RGA-JLH (D.I. 101).

| | |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Daniel A. Taylor* |
| Jack B. Blumenfeld (No. 1014) | Neal C. Belgam (No. 2721) |
| Jeremy A. Tigan (No. 5239) | Daniel A. Taylor (No. 6934) |
| Megan E. Dellinger (No. 5739) | SMITH, KATZENSTEIN & JENKINS LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 1000 West Street, Suite 1501 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 652-8400 |
| Wilmington, DE 19899 | nbelgam@skjlaw.com |
| (302) 658-9200 | dtaylor@skjlaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | *Attorneys for Defendant Alkem Laboratories* |
| mdellinger@morrisnichols.com | *Ltd.* |
| | |
| *Attorneys for Plaintiffs AbbVie Inc., AbbVie* | |
| *Ltd, and Neurocrine Biosciences, Inc.* | |

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner, Esq. (No. 4711)
Kody M. Sparks, Esq. (No. 6464)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

*Attorneys for Defendants Hetero Labs Limited,
Hetero Labs Limited Unit-V, and Hetero USA
Inc.*

/s/ James M. Lennon
James M. Lennon (No. 4570)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorney for Defendants Lupin Limited and
Lupin Pharmaceuticals, Inc.*

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants MSN Laboratories
Private Ltd., MSN Life Sciences Pvt. Ltd., and
MSN Pharmaceuticals Inc.*

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Prinston
Pharmaceutical Inc., Zheijiang Huahai
Pharmaceutical Co., Ltd., and Solco
Healthcare US, LLC*

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorney for Defendant Sandoz Inc.*

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants Sun Pharmaceutical
Industries Limited*

6

peasy

/s/ Karen E. Keller
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com


*Attorney for Defendant Teva Pharmaceuticals, Inc.*

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com


*Attorneys for Defendants Zenara Pharma Private Limited and Biophore Indian Pharmaceuticals Private Ltd.*

Dated: August 10, 2023

SO ORDERED, this ___16th___ day of August, 2023.


/s/ Richard G. Andrews
United States District Judge

7